IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

VINCENT L. SCOTT,

    Plaintiff,

v.                                           CASE NO. 4:05cv103-RH/WCS

OFFICER LYNN PRUETT, et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

    This matter is before the court on the magistrate judge's report and recommendation (document 6) and the objections thereto (document 7). I have reviewed *de novo* the issues raised by the objections.

    I take judicial notice of the records of this court in Case No. 4:03cv344-RH, including this court's judgment and the opinion of the United States Court of Appeals issued as its mandate in that case.

    For the reasons set forth in the Eleventh Circuit's opinion in that case, as well as in the magistrate judge's report and recommendation in the case at bar, plaintiff's claims in the case at bar are unfounded on the merits. The claims also

are barred by the doctrine of qualified immunity.  And finally, as also set forth in the report and recommendation, plaintiff's claims are barred by the doctrine of res judicata (including the rule against splitting causes of action).  Each of these grounds for dismissal would be sufficient standing alone.  For these reasons,

>IT IS ORDERED:

>The Report and Recommendation is ACCEPTED and adopted as the opinion of the court.  The complaint is DISMISSED with prejudice.  The clerk shall enter judgment accordingly and shall close the file.

>SO ORDERED this 20th day of April, 2005.

>><u>s/Robert L. Hinkle</u>
>>Chief United States District Judge